No. 384. PRESBYTERIAN CHURCH IN THE UNITED STATES ET AL. *v.* MARY ELIZABETH BLUE HULL MEMORIAL PRESBYTERIAN CHURCH ET AL. Sup. Ct. Ga. Motion to use record in No. 71, October Term, 1968, granted. Motion of William P. Thompson, Stated Clerk of General Assembly of United Presbyterian Church in the United States of America, et al. for leave to file a brief as *amici curiae* granted. Motion of Rt. Rev. John E. Hines, Presiding Bishop of Protestant Episcopal Church in the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied. *Robert B. Troutman, Charles L. Gowen, A. Felton Jenkins, Jr.,* and *Frank S. Cheatham, Jr.,* for petitioners. *Frank B. Zeigler* and *James Edward McAleer* for Mary Elizabeth Blue Hull Memorial Presbyterian Church et al., and *Owen H. Page* for Eastern Heights Presbyterian Church et al., respondents. *George Wilson McKeag* for Thompson et al., and *Jackson A. Dykman* for Hines, as *amici curiae* in support of the petition. *Alfred J. Schweppe* for Laurelhurst United Presbyterian Church, Inc., et al. as *amici curiae* urging denial of the petition.

No. 772. BENN *v.* SANKIN ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Sherman L. Cohn* for petitioner.

No. 781. GIBBONS *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA. C. A. 9th Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for respondent.